# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-7069**

**September Term, 2025**

**1:24-cv-02471-CKK**

**Filed On:** October 2, 2025

Eliu Elixander Lorenzana-Cordon,

      Appellant

v.

Lammer, (Warden),

      Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:** Walker, Childs, and Pan, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing, and the petition for writ of mandamus, it is

**ORDERED AND ADJUDGED** that the appeal be dismissed for lack of jurisdiction, and the petition for writ of mandamus be denied. The district court's April 9, 2025, order denying appellant's motion to transfer is not a final appealable decision under 28 U.S.C. § 1291 and is not otherwise appealable prior to entry of final judgment. See Ukiah Adventist Hosp. v. FTC, 981 F.2d 543, 546-48 (D.C. Cir. 1992) ("As a general principle, it is well settled that transfer orders are not appealable final orders."). Accordingly, this court lacks jurisdiction over the appeal. And because a petition for writ of mandamus may not be used as a substitute for the appeal procedure prescribed by statute, In re Flynn, 973 F.3d 74, 78 (D.C. Cir. 2020), mandamus relief is not available.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**No. 25-7069**                                    **September Term, 2025**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:     /s/
        Daniel J. Reidy
        Deputy Clerk